IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR 10 P 1: 19
U.S. DISTRICT COURT
OF MASS

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL HAMMOND and ARIES TAVERN INC., )<br>d/b/a PAUL'S IN THE SQUARE )<br>)<br>Defendants. ) | Civil Action No. 05-10262(RGS) |

## ANSWER

1. Admitted.

2. Admitted.

3. Admitted.

4. Defendants are without sufficient knowledge to either admit or deny the allegations contained herein.

5. Denied.

6. Denied.

7. Defendants are without sufficient knowledge to either admit or deny the allegations contained herein.

8. Defendants are without sufficient knowledge to either admit or deny the allegations contained herein.

9. Defendants are without sufficient knowledge to either admit or deny the allegations contained herein.

10. Defendants are without sufficient knowledge to either admit or deny the allegations contained herein.

11. Defendants are without sufficient knowledge to either admit or deny the allegations contained herein.

12. Denied.

13. Defendants are without sufficient knowledge to either admit or deny the allegations contained herein.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

## COUNT I

19. Defendants hereby incorporate their responses set forth in paragraphs 1 through 18.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The defendant committed no willful interception, reception nor infringement.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff's remedies are barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

The plaintiff's remedies are barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff is barred by its bad faith and unreasonableness in dealing with the defendant.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff is barred by laches.

### SIXTH AFFIRMATIVE DEFENSE

Defendant Paul Hammond is not individually liable for the actions of the corporate defendant.

WHEREFORE, the defendants request that the Complaint be dismissed and the defendant be awarded costs, attorneys fees and other relief deemed just.

**DEFENDANTS REQUEST TRIAL BY JURY**

By their attorneys,

DiMENTO & SULLIVAN

March 9, 2005

Carolyn M. Conway
BBO No. 097160
Francis J. DiMento, Jr.
BBO No. 547337
7 Faneuil Marketplace, 3rd Floor
Boston, Massachusetts 02109
(617) 523-2345

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/BY HAND ON 3-9-05