UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY PER VIEW, LTD        :
                                     :
         v.                          : CA 05-10262-RGS
                                     :
PAUL HAMMOND, ET ALS                 :
et als                               :

## JOINT PRETRIAL MEMORANDUM

B)(1) Agenda of matters for scheduling conference.

Discovery: Plaintiff has filed written discovery. The Defendants have not begun discovery.

Motions:   None are contemplated.

(C). Settlement offers: The Plaintiff has extended an offer to the defendants. The defendants have made a counteroffer and deny liability and wish to try the case. The parties are not close to settlement at this time. The parties consent to trial by the magistrate.

D. Joint Statement.

   This document has been circulated by the Plaintiff prior to filing, and the representations herein are made jointly.

1) The discovery plan and limitations are not applicable to this action.
B)(1) Agenda of matters for scheduling conference.

Discovery: Plaintiff has completed written discovery. The Defendants have not begun discovery, and do not contemplate any at this time. They reserve the right to file discovery during the discovery period.

Motions:   None are contemplated.

(C). Settlement offers: The Plaintiff has extended an offer to the defendants. The defendants deny liability and wish to try the case. The parties consent to trial by the magistrate.

D. Joint Statement.

   This document has been circulated by the Plaintiff prior to filing, and the representations herein are made jointly.

1) The discovery plan and limitations are not applicable to this action.

2) Proposed discovery schedule:

Discovery to close within ninety (90) days of this conference.

Motions, including dispositive motions within 120 days of this order.

| For the Plaintiff: | For the Defendants |
|---|---|
| *[signature]* | *[signature]* |
| GARY D. BERKOWITZ, ESQ. #632536 | FRANCIS J. DIMENTO, ESQ. # 547337 |
| One James Street | 7 Faneuil Hall Marketplace, 3rd floor |
| Providence, RI 02903 | Boston, MA 02109 |
| Tel: (401) 751-7671 | Tel: (617) 523-2345 |
| Fax: (401) 751-1146 | Fax: (617)523-2346 |

Dated: May 25, 2005