IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY- PER- VIEW CORP., LTD  :
                                       :
v.                                     :    C.A. 05-10262- LS
                                       :
PAUL HAMMOND ET ALS                    :

MOTION TO STRIKE JURY TRIAL DEMAND

Plaintiff moves to strike Defendants' Demand for Jury Trial pursuant to Rule 12(f) for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Plaintiff requests that this Motion be Granted.

Plaintiff, by its attorney,

_____
GARY D. BERKOWITZ, ESQ. #632536
One James Street
Providence, RI  02903
Tel: (401) 751-7671    Fax: 751-1146

CERTIFICATION

I certify that I mailed a copy of this Motion and accompanying memorandum to opposing counsel as his name and address appear below this 21st day of July, 2005.

_____

fed. Motion to strike jury demand

Frank J. DiMento, Jr., Esq.
DiMento & Sullivan
Seven Faneuil Hall Marketplace
Boston, MA 02109