UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

KINGVISION PAY-PER-VIEW, LTD. )
    Plaintiff, )
) Civil Action No. 05-10262-LTS
v. )
)
PAUL HAMMOND, et al., )
    Defendants. )

**DEFENDANTS' PRETRIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(3)**

Defendants hereby make the following disclosures:

**(a)  All photographs, documents, instruments and other objects any counsel intends to offer as exhibits at trial, other than solely for impeachment;**

1. Photographs depicting the outside of "Paul's in the Square";

2. Decision from the Licensing Board for the City of Boston regarding Defendant's petition to extend the closing hours dated July, 2001;

3. Income Tax Returns for Aries Tavern, Inc., (including backup material) – 2003;

4. Daily ledger of Aries Tavern, Inc. – March, 2003;

5. Bank statements and checks for Aries Tavern, Inc. – 2003;

Defendants reserve the right to supplement this list because plaintiff's discovery responses are outstanding.

**(b)  The names, addresses and telephone numbers of witnesses each party intends to call at trial, including expert witnesses;**

    1. Paul B. Hammond
       31 Hillsview Road
       Milton, MA  02186
       617-333-6827

    2. Caesar Loving
       15 Aspinwall Road
       Dorchester, MA  02124
       617-861-7242

3.  James Bolding
    571B Washington Street
    Dorchester, MA 02124
    617-265-2587

4.  Wayne Daniels
    (address and telephone number unknown)

5.  Edward Twitty
    (address and telephone number unknown)

6.  Thomas E. Howell
    424 Adams Street
    Milton, MA 02186
    617-696-8900

7.  James Cairns
    Natick, Massachusetts

8.  Elynor Walcott
    c/o Wally's Café
    427 Massachusetts Avenue
    Boston, MA 02118
    617-424-1408

Defendants reserve the right to supplement this list because plaintiff's discovery responses are outstanding.

(c)    **The names of witnesses whose testimony is to be presented by means of deposition and a transcript of the pertinent portions of the deposition testimony.**

None.

By their attorneys,

DiMENTO & SULLIVAN

September 16, 2005

_____
Francis J. DiMento, Jr.
BBO No. 547337
Seven Faneuil Marketplace
Third Floor
Boston, MA 02109
(617) 523-2345

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY BY MAIL/~~HANDS~~ ON 9-16-05

2