FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

2005 OCT -3 P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

KINGVISION PAY-PER-VIEW, LTD. )
      Plaintiff, )
       )
       ) Civil Action No. 05-10262-LTS
v. )
       )
PAUL HAMMOND, et al., )
      Defendants. )
       )

**DEFENDANTS' TRIAL BRIEF**

(a)   Motions in Limine or other requests

      None.

(b)

    (1)   Succinct and neutral statement

      In this case, the Plaintiff Kingvision Pay-Per-View, Ltd. claims that on March 1, 2003 the establishment known as "Paul's on the Square" showed a pay-per-view boxing program without authorization. The Defendants say that they did not show the boxing program and that they did not have cable or satellite television.

    (2)   Proposed voir dire examination

      None.

    (3)   Requests for Jury Instructions

      See proposed jury instructions attached hereto.

    (4)    <u>Proposed interrogatories or special verdict form</u>

           None.

(c)    <u>Nonjury Cases</u>

       Not applicable.

                              By their attorneys,

                              DiMENTO & SULLIVAN

September 30, 2005

                              */s/ Francis J. DiMento, Jr.*
                              Francis J. DiMento, Jr.
                              BBO #547337
                              7 Faneuil Marketplace
                              Boston, MA 02109
                              617) 523-2345