UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

KINGVISION PAY-PER-VIEW, LTD. )
       Plaintiff, )
)   Civil Action No. 05-10262-LTS
v. )
)
PAUL HAMMOND, et al., )
       Defendants. )

**VERDICT**

SOROKIN, U.S.M.J.

1. Did plaintiff, Kingvision Pay-Per-View, Ltd., prove that the defendants on March 1, 2003 showed to the public a boxing program featuring the John Ruiz v. Roy Jones bout at "Paul's in the Square"?

    Yes_____          No_____

[If you answered "No" stop here. If you answered "Yes" proceed to Question 2]

2. Was the showing of the program committed willfully and for purposes of direct or indirect financial gain?

    Yes_____          No_____

Dated: