UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

KINGVISION PAY-PER-VIEW, LTD. )
        Plaintiff, )
                                 )
                                 )   Civil Action No. 05-10262-LTS
v.                                 )
                                 )
PAUL HAMMOND, et al.,         )
        Defendants.           )

**DEFENDANT'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

Special Instructions

      You must determine whether the plaintiff has established by a preponderance of the evidence that "Paul's in the Square" showed the Jones v. Ruiz program on March 1, 2003.

                                      Respectfully submitted,

                                      DiMENTO & SULLIVAN

October 11, 2005                    _____
                                      Francis J. DiMento, Jr.
                                      BBO No. 547337
                                      Seven Faneuil Marketplace
                                      Third Floor
                                      Boston, MA 02109
                                      (617) 523-2345