UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                        Civil Action
                                                                        No: 1: 05-10262 LTS

KINGVISION PAY-PER-VIEW, LTD
Plaintiff

v.

PAUL HAMMOND, ET AL
Defendant

## 30 DAY SETTLEMENT ORDER OF DISMISSAL

SOROKIN, M.J.

    The Court having been advised that the above captioned action settled:

    It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if the settlement is not consummated.

                                                                           By the Court,

                                                        /s/ Maria Simeone
                                                        Courtroom Deputy Clerk
                                                        The Honorable Leo T. Sorokin

October 19, 2005

To: All Counsel